Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDY. MENDOZA, | Lead Case No. 2:16-cv-01916-JAD-CWH |
| Plaintiff, | [Member Case No. 2:16-cv-01921-JCM-NJK] |
| v. | **NOTICE OF STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| PLUSFOUR, INC; QUANTUM COLLECTIONS; CREDIT COLLECTION SERVICES; CARRINGTON MORTGAGE SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC, | **[First Request]** |
| Defendants. | |
| BRENDA B. MENDOZA, | |
| Plaintiff, | |
| v. | |
| ALLIED COLLECTION SERVICES, INC; QUANTUM COLLECTIONS; CARRINGTON MORTGAGE SERVICES, LLC; SELENE FINANCE LP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; INNOVIS DATA SOLUTIONS, IN | |
| Defendants. | |

1    Please take notice that on December 19, 2016, the Court entered a Stipulation and Order to
2    Extend Discovery Deadlines [First Request] ("Stipulation and Order") in the member case of
3    *Brenda Mendoza v. Allied Collection Services, Inc. et al.*, Case No. 2:16-cv-01921-JCM-NJK (the
4    "Member Case").  A copy of that Stipulation and Order is attached hereto as Exhibit 1 for the
5    Court's convenience.   Thereafter, on December 22, 2016, the Court granted a Motion to
6    Consolidate, consolidating the Member Case into the instant matter (ECF No. 17), and the parties
7    hereby agree and respectfully request that the Stipulation and Order govern the discovery deadlines
8    in this consolidated matter.

Dated: January 19, 2017

| MAUPIN • NAYLOR • BRASTER | KNEPPER & CLARK, LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* | By: */s/ Miles N. Clark*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Plaintiff* |

WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
   Andrew A. Bao (NBN 10508)
   6757 Spencer Street
   Las Vegas, NV 89119

*Attorneys for Carrington Mortgage Svcs, LLC*

IT IS SO ORDERED.

DATED: 1/20/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA B. MENDOZA, | Case No. 2:16-cv-01921-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | **[First Request]** |
| ALLIED COLLECTION SERVICES, INC; QUANTUM COLLECTIONS; CARRINGTON MORTGAGE SERVICES, LLC; SELENE FINANCE LP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; INNOVIS DATA SOLUTIONS, IN | |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case thirty (30) days, up to and including April 6, 2017. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional thirty (30) days, as outlined herein. In support of this Stipulation and Request, the parties state as follows:

**I.      DISCOVERY COMPLETED TO DATE**

1.      Plaintiff filed the instant complaint on August 12, 2016.

2.      Presently, the only active parties to this case are Plaintiff, Experian Information Solutions, Inc. ("Experian"), Carrington Mortgage Services, LLC ("Carrington"). As such, the

recitation of discovery completed is only as to Plaintiff, Experian and Carrington.

3. On September 8, 2016, Experian filed its answer.

4. On September 23, 2016, Carrington filed its answer.

5. On October 5, 2016, the Discovery Plan and Scheduling Order was entered.

6. On October 10, 2016, Plaintiff served her initial disclosures.

7. On October 17, 2016, Experian served its initial disclosures.

8. On October 20, 2016, Plaintiff served Experian with interrogatories and requests for production of documents.

9. On October 27, 2016, Plaintiff served Experian with supplemental requests for production of documents.

10. On November 5, 2016, Plaintiff noticed Experian's deposition for January 17, 2017. Experian is unavailable on January 17, 2017, but is available March 1, 2017. Plaintiff has agreed to renotice Experian's deposition for March 1, 2017.

11. On November 9, 2016, Plaintiff served Experian with requests for admission.

12. On November 16, 2016, Plaintiff served Carrington with requests for production and interrogatories.

13. On November 22, 2016, Experian served its responses to the requests for production of documents and interrogatories. With these responses, Experian produced Plaintiff's non-confidential credit file and stated it would produce the confidential portion of the Plaintiff's credit file upon entry of an appropriate protective order.

14. On November 29, 2016, Experian responded to Plaintiff's supplemental requests for production.

15. On December 12, 2016, Experian responded to Plaintiff's first requests for admissions.

**B.    Specific Description of Discovery that Remains to be Completed**

1. The deposition of Plaintiff, which Experian has agreed to notice for after Experian's deposition;

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

  2. The deposition of Experian's 30(b)(6) witness, which Plaintiff has agreed to renotice for March 1, 2017;

  3. Depositions of any remaining parties and witnesses;

  4. Circulation, submission, and court approval of a stipulated protective order;

  5. Document productions; and,

  6. Any necessary additional written discovery.

**C.** **Reasons Why the Remaining Discovery Was Not Completed**

  The parties aver, pursuant to LR 6-1, that good cause exists for the requested extension. At this juncture, the discovery close is March 7, 2017. The parties have worked in good faith to resolve any issues with respect to the noticing of Experian's 30(b)(6) deposition and Plaintiff's deposition. Plaintiff has agreed to renotice Experian's 30(b)(6) deposition for March 1, 2017, as this witness is unavailable on January 17, 2017. The parties have agreed to this date in light of Experian's witness's availability and the scheduling of Experian's 30(b)(6) witness' deposition in other matters with Plaintiff's counsel that have earlier discovery closes. Further, Experian will be circulating a proposed stipulated protective order within the next two weeks, and then will produce its confidential documents withheld upon entry of the protective order.

  While the discovery close is currently March 7, 2017, the parties respectfully request a short 30-day extension at this time to allow for sufficient time for renoticing Plaintiff's deposition after Experian's deposition (March 1, 2017), any additional third-party depositions and/or motion practice that may be necessary after party depositions. While the parties will work in good faith to resolve any discovery disputes without the need for motion practice, the extension will permit time for such motion practice, if necessary.

Maupin • Naylor • Braster
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

**D.** **Proposed Discovery Deadlines**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | March 7, 2017 | April 6, 2017 |
| Dispositive Motions | April 6, 2017 | May 8, 2017 |
| Pre-Trial Order | May 8, 2017 | June 7, 2017 |

**IT IS SO STIPULATED.**

Dated: December 16, 2016

MAUPIN • NAYLOR • BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

KNEPPER & CLARK, LLC

By: */s/ Miles N. Clark*
    Matthew I. Knepper (NBN 12796)
    Miles N. Clark (NBN 13848)
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129

David H. Krieger
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
    Andrew A. Bao (NBN 10508)
    6757 Spencer Street
    Las Vegas, NV 89119

*Attorneys for Carrington Mortgage Svcs, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated: December 19, 2016

_____
UNITED STATES MAGISTRATE JUDGE